UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTE
☑ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 0 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DATE: 10/9/2003    CASE NUMBER: 03-4233M-001

USA vs. Michael Johnson

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Joseph J. Lodge    INTERPRETER Victoria Covington
                                    LANGUAGE Navajo

Attorney for Defendant __
MATERIAL WITNESS(es): __
MATERIAL WITNESS(es) state true name(s) to be: __
Attorney for Material Witness __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 10-8-03            ☒ Initial Appearance           ☐ Appointment of counsel hearing held
☒ Financial Afdvt taken ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Rule 40 ☐ Rule 20    ☐ Defendant states true name to be ___. Further proceedings ORDERED
                         in Defendant's true name.

| DETENTION HEARING: | REMOVAL HEARING/ID: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for: 10-14-03 at 10:00 AM<br>Before: MAGISTRATE JUDGE VERKAMP<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ___<br>☐ Defendant continued detained pending trial<br>　☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued.<br>☐ Defendant ordered released ___ |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: ___ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for: 10-14-03 at 10:00 AM<br>Before: MAGISTRATE JUDGE VERKAMP<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Based on financial affidavit court orders defendant be appointed counsel for all further proceedings Daniel B. Kaiser accepts appointment of counsel on October 9, 2003.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 ___ will commence on ___ thru ___ for a total of ___ days.

RECORDED: Cass. CS 50000
BY: Christina S. Hurley
Deputy Clerk

AUSA/PTS/CNSL/JUDGE ok