# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 10 2003

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA
V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

MICHAEL JOHNSON
Defendant

CASE NUMBER: 03-4233M

Upon motion of the __Government__, it is ORDERED that a detention hearing and preliminary hearing is set for __Tuesday, October 14, 2003__ at __10:00 a.m.__
                                                                              Date                                    Time

before __the Honorable Stephen L. Verkamp, United States Magistrate Judge__
         Name of Judicial Officer

__United States District Court, 123 North San Francisco Street, Flagstaff, Arizona__
                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____) and produced for the hearing.
Other Custodial Official

__October 9, 2003__
Date

Judicial Officer
STEPHEN L. VERKAMP
U.S. Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five
days upon motion of the defendant. 18 U.S.C.§3142(f) (2).

A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

USM/JUDGE/CCJ/CNSL