UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTES

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

OCT 1 5 2003

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DATE: 10/14/2003     CASE NUMBER: 03-4233M

USA vs. Michael Johnson

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP  #: 70BC

A.U.S. Attorney Joseph Lodge     INTERPRETER Victoria Covington
                                 LANGUAGE Navajo

Attorney for Defendant Daniel B. Kaiser (Appointed for Flagstaff proceedings only)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA ___
☐ Financial Afdvt taken
☐ Rule 40 ☐ Rule 20
☐ Initial Appearance
☐ No Financial Afdvt taken
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

**DETENTION HEARING:**
☒ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☒ Defendant continued detained pending trial
  ☐ Flight risk ☒ Danger

**REMOVAL HEARING/ID:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.
☐ Defendant ordered released _____

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☒ Waived
Set for:
Before:
☒ Probable cause found ☐ Dismissed
☒ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: Appointment of counsel scheduled for October 21, 2003 at 9:25 a.m. before Magistrate Judge Anderson.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on __ thru __ for a total of __ days.

RECORDED: Cass. CS 50000
BY: Christina S. Hurley
Deputy Clerk

(5)