UNITED STATES DISTRICT COURT  
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

OCT 22 2003

DATE: 10/21/03          CASE NUMBER: 03-4233M-001

USA vs. Michael Johnson

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON  #: 70BI

A.U.S. Attorney Ondré Williams                INTERPRETER Freddie Johnson - Sworn  
                                              LANGUAGE     Navajo

Attorney for Defendant Michael Gordon (AFPD)  
MATERIAL WITNESS(es) _____  
MATERIAL WITNESS(es) state true name(s) to be: _____  
Attorney for Material Witness(es) _

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA__  
☐ Financial Afdvt taken          ☐ Initial Appearance          ☒ **Appointment of counsel hearing held**  
☐ Rule 40  ☐ Rule 20          ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed  
                                 ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:** | **REMOVAL HEARING/ID:** |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued.<br>☐ Defendant ordered released _____ |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br>Set for:<br>Before: |

Other:_____

COURT REPORTER: Linda Schroeder-Willis  
BY: Sherise M. Marshall  
Deputy Clerk

8